UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATHEW TATE,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>RON VAN BOENING,<br><br>　　　　　　　Respondent. | Case No. C08-5524FDB-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1, #3-#6) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

　　The Clerk is directed to mail a copy of this Order to petitioner.

　　DATED this 17th day of November, 2008.

　　　　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1