AO 450 (Rev. 5/85) Judgment in a Civil Case  ☺

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MATHEW TATE

v.

RON VAN BOENING

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5524FDB-KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's federal *habeas corpus* petition is DISMISSED.

| January 7, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

   *s/CM Gonzalez*
   Deputy Clerk